IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN MCNULTY | : | CIVIL ACTION |
| v. | : | |
| GUARDENZIA, DRC, et al., | : | NO. 12-6246 |

ORDER

AND NOW, this 10th day of July, 2013, upon careful and independent consideration of the Petition for Writ of Habeas Corpus and the Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;
2. the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE TO REFILING AFTER THE EXHAUSTION OF ALL CLAIMS IN THE STATE COURTS; and
3. there is no basis to issue a certificate of appealability.

BY THE COURT:

MARY A. McLAUGHLIN, J.